**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| HOPE FOWLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | 1:05-cv-1243-LJM-WTL |
| | ) | |
| BANK ONE, | ) | |
| | ) | |
| Defendant. | ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant's motion for summary judgment is **granted,** that judgment is entered for the defendants and against the plaintiff, and that this cause of action is dismissed with prejudice.

The costs of this action are assessed against the plaintiff.

Date: 09/07/2006

LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Distribution:

Thomas E. Deer, LOCKE REYNOLDS LLP, tdeer@locke.com
Deborah K. Hepler,  LOCKE REYNOLDS LLP, dhepler@locke.com
Hope Fowler, 520 Shingle Oak Ct., Indianapolis, IN 46224